UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
_____ DIVISION

CASE NO. _____ CV (USDJ last name) **01-8858**

**CIV-MOORE**

MAGISTRATE JUDGE
O'SULLIVAN

James Rogers )
      Plaintiff )
)
)
versus )
)
)
Palm Tran )
& )
Donna Grieve )
)
)
_____ )
_____ )
      Defendant(s) )

01 SEP 28 PM 1:35
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1.   This action is brought under Title VII of the Civil
Rights Act of 1964 for employment discrimination.  Jurisdiction is
conferred by Title 42 United States Code, Section 2000e-5.

2.   The plaintiff is: James Rogers   561-837-999E

      Address: 1518 Palm Beach lakes Blvd
      West Palm Beach FLA 33401

      County of Residence: Palm Beach County Fl:

3.   The defendant is: Palm Tran Bus Transit

      Address: 3201 Electronics Wy
      West Palm Bch Fl 33407,

**APPENDIX A**

_____     Check here is there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4.   The plaintiff has attached to this complaint a copy of the charges filed on ___June 29, 2001___ with the Equal Employment Opportunity Commission. 5-22-2001

5.   On the date of __June 29, 2001__, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

6.   Because of the Plaintiff's"

(a) __X__ race

(b) _____ color

(c) __X__ sex

(d) _____ religion

(e) _____ national origin,

the defendant has:

(a) _____ failed to employ the plaintiff

(b) _____ terminated the plaintiff's employment

(c) _____ failed to promote the plaintiff

(d) __X__ other: Failed to handle the incident and knowing that the employee named in Complaint has past sexual incidents in his employee files while being employed

6.   When and how the defendant has discriminated against the plaintiff:

The Complaint is attached

_____

_____

_____

8.   The plaintiff requests that the defendant be ordered:

(a) _____ to stop discriminating against the plaintiff

(b) _____ to employ the plaintiff

(c) _____ to re-employ the plaintiff

(d) _____ to promote the plaintiff

(e) __✓__ to _be ordered to take a Sexuall Harrasment Course, and handle them approply_ _____ and that;

(f) __✓__ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_James E. Rojen_
Signature of Plaintiff

Address: _1518 Palm Beach lakes Blvd_
_West Palm Beach Fl 33401_

Telephone: _561- 837-9998_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAMES ROGERS
   Plantiff

Vs

PALM TRAN
&
DONNA GRIEVE

## Complaint

Comes Now the plantiff JAMES ROGERS, by and through himself ProSae files complaint as follows

## NATURE OF THE ACTION

1  THIS Action seek various relief for general and special compensatory, damages and various equitable relief for the race discrimation, sexual Harrasment, and battery while employed by the defendant PALM TRAN

## JURISDICTION

2  Jurisdiction of this Court is invoked pursuant to Title VII of the Civil Rights Act of 1964 (42 U.S.C, s2000e et Seq.) The Florida Civil Rights Act of 1992, Section 760,10. The Civil Rights Act of 1871, (42 U.S.C Section 1981, and Plantiff JAMES ROGERS claims for damages

Exceed $ 2,000,000.

3 Plantiff JAMES ROGERS has complied with All conditions Precedent to the filing of this lawsuit and has exhausted his administrative remedies with the FLORIDA Human Rights Commission and the EEOC and All Requrements have been exhausted and or complied with as evidenced by Exhibits "A" and "B" attached here to. Plantiff JAMES ROGERS has attempted to resolve this matter amicably so as to aviod litigation, but Defendant PALM TRAN has delayed and refused
4 to accept responsability for blantant illegal acts.

## Venue

4

This action properly lies in PALM BEACH County, in The Southern Distirict of Florida as Plantiff place of residence, Defendant PALMTRAN principal place of busines and unlawful employment practices which led to this claim arose in this county. All materials and evidence including but not limited to, Plaintiffs employment recards with DefendAnts and the Majority of material witnesses reside here

## Parties

5 Plantiff JAMES ROGERS is an adult individual and a citizen of the State of FloMIDA, PALM BEACH CouNTY. and is an African American and there is a member of a protected class

6 Vefendant PALMTRAN is at All times relevant hereto, engaged in and industry affecting commerce and is an employe within the definition of Title VII and the florida Civil Rights Act 760.10 and employs more than 15 persons. Defendant Donna Grieve is the Human Resources Manger, and Gerald Morgan is a Bus Operator for PALMTRAN who engaged in these discrimintory actions.

## FACTUAL ALLEGATIONS

9

7 Plantiff JAMES ROGERS was employed as a Bus Operator by PALMTRAN in PALM BEACH COUNTY From FEBRUARY 7, 2000 To April 27, 2001. PLAINTIFF completed 6 month probation Successfully, and was looking forword to a career as a bus Operator

8 Plantiff JAMES ROGERS is African American, and Although there are few if any African Americans in Management with th employer.

9 On or about December 5, 2000 Plantiff JAMES ROGERS was violated in a Sexual manner while employed for Defendants PalmTran.

10 GERALD MORGAN IS AN AFRICAN AMERICAN AND A EMPLOYE FOR DEFENDANT PALM TRAN, WHO Engaged in the Sexual ACi

11. The DEFENDANT PALM TRAN HAS A MALE and Female locker and Shower room. EACH Shower stALL which is 3, is made for one person at a time. Plantiff JAMES ROGERS Lives close to Defendants place of business. At the time Plantiffs only Source of transportAtion was his bike. Plantiff James ROGERS All ways kept a clean uniform in his locker. EAch Morning plantiff would Arrive about 30 min before his start time. So he would take a shower so he'd be fresh and clean. Because working for the defendants your appearance means alot.

12 As plantiff JAMES ROGERS was taking a shower he wasn't aware that he was being watched. There is a thick white shower Curtain for each persons pravicy. Employee Gerald Morgan took it apon himself to open the Curtain as I showered. Plantiff JAMES ROGERS didn't know he was there. Mr Morgan watched Plantiff JAMES ROGERS long enough that he felt is was O.K. to put his hand on Plaintiff JAMES ROGERS

13 Plaintiff was shocked it scared him, when he turned around to see who it was, he went into a rage. As Mr Morgan left the shower room Area. Plaintiff JAMES ROGERS ran to put on some clothes. he than chased after Mr Morgan. Mr Morgan than want into one of the tidlet stalls to relieve himself and watching and touching Plaintiff JAMES ROGERS

14 Mike Pringle another employee for the defendants heard all the noise as Plaintiff went after Mr Morgan. Mike Pringle grabbed Plaintiff by the arm and told him

to Mr Morgan for in blantant actions.

15  The Plantiff JAMES ROGERS than reported the incident to Supervisor Mr Dennis Roberts, then Mr Roberts set up a meeting with Human Resources Manager Donna Grieve. That following week Plantiff had a meeting with Donna Grieve. She didn't document anything, she seemed kind of shocked but all she said was she's going to have to hear Mr Morgan side of the story. Plantiff JAMES ROGERS felt That Ms Grieve should have taken the right actions immediatly

16  Mr Morgan found out that I Plantiff reported him to have actions taken against him he continued to harrass me. Every other day I heard bad remarks from Mr Morgan. But I Plantiff kept my composure, Supervisor Bill Belmont called me into the office one day to thank me, I asked what for he said for being the better man, He said he told Mr Morgan to leave me alone.

17  The week of December 18, 2000 I plaintiff JAMES ROGERS contacted Donna Grieve to find out what was going to be done about Mr Morgan. She stated (we are going to have him to apologize). I was in shocked, That the best you could do for what he did to me. ste stated that he was playing around. I hung the phone because it was fair

18 There isn't a doubt, if Plantiff JAMES ROGERS was a white male the right actions would have been taken

19 Plantiff JAMES Rogers was upset, he was violated in a sexual manner, by a coworker and nothing was done by Upper Management.

20 Plantiff JAMES ROGERS FELT defeated and he had to work along side someone such as Mr Gerald Morgan

21 Plantiff JAMES ROGERS had been in the hospital back in late November 2000, for chest pains, his doctor told him to stop stressing and worrying because he felt that was the problem with his chest pains

22 The defendants PALM TRAN DIDN'T care to find out if Plantiff was o.k. to see if he needed any counseling or how was he handling the situation.

23 Plaintiff was hurting inside, he had a loss of Dignity, he was scared that he in up back into the hospital,

24 So from that day forward Plantiff JAMES ROGERS
had lost trust in Upper Management, He felt
that noone Cared, It was like it was O.K. for
Mr Morgan to do what he did.

25 The week of December 25, 2000 just before New Years
Plantiff JAMES Rogers did state that he would be willing
to let it go only, if Management did it officially it
never happen. To have a meeting with all of us to discuss
the issue.

26 Plaintiff only said he'd be willing because nothing
was going to be done to Mr Morgan, Also plantiff
Know Mr Morgan is the type to keep up trouble

27 Plantiff JAMES ROGERS Has good reason to believe that defendant
Palm Trans actions for not taking actions, was because of
his race, if he was white the right action would have
been taken been taken

28 Joe Dukes is a African American, he has been a driver
for the Defendants for 22 years, he was accused of touching
a white female passenger, As soon as the complaint was

reported, he was taken off the bus and--he was put on adminastrative leave until an investigation was completed. Why wasn't Mr Morgan sent home.

29  Plantiff JAMES ROGERS resides in Palm Beach County and he is a Single father who supports a 10yr old son.

30  As new Year 2001 came and Past Plantiff JAMES ROGERS went back into deep deppression about what had happened to him Plantiff need Counseling, he needed some one he could talk to, but he knew no one he could confide in to help him deal with the situation

31  In order for him to stay at the defendants place of business he had to suck up his pride, But it was to hard for the plantiff, knowing he had to work beside a person who commited such an act,

32  Plaintiff JAMES ROGERS Has been in a relationship with his Son's mother Vera Canter for 12 yrs. In the middle of 2000 they felt that it was time for them to part and get on with thare lives, But they both stayed as friends because they have a son together. They both agreed to have thier son Jermon Rogers to live with James Rogers

33 Plantiff James ROGERS take pride in raising his son, Because there are alot of Boys who don't have their fathers in there lives. and Plaintiff James Rogers is also aware of his son's mother could have put him on Child Support. But she knew Mr Rogers is a good father to thier son

34 Ms Carter is an employee at St Marys hospital sure rides Palm Tran buses daily. To and from work

35 Mr Gerald Morgan continues to cause an effect on plaintiff James Rogers life. He know Ms Carter and he know that plaintiff James Rogers and her used to be together,

36 One day while he (Mr Morgan) on or about the last week of March 2001, Mr Morgan took it upon himself he Approached my Son's mother while working for the defendants Palm Tran. He continued to invade my life. He was harrassing her about me. All up in my private life.

She called me later that night crying that I was causing her problems, I plantiff was already going through enough pressur I was about to lose my father he was dying at the time of her phone call.

37 I didn't understand what was going on. She said she's going to take our son back, she stated that I was on the job bragging how good it was to be away from her I then asked her who told her this she stated Gerald Morgan, I told her that it wasn't true I wouldn't do anything to hurt her.

38 I plantiff James Rogers was fed up with this Guy he is causing me to many problem. The next morning at work I went out of Control, I was in a rage, I wanted to get rid of this guy. I went looking for him but I couldn't find him. I went in a told the dispatchers if they don't get him I am going to do something to him, My Anger had gotten the best of me. I stated when I come up in here at him I am going to clear this room meaning as the breakroom. Then I left out and did my Bus route.

39  The next day I was put on administrative leave. The defendar Palm Tran did nothing to punish this guy. He hurt me, he kept me always deprossed

40 There wasn't a doubt in my mind that they weren't going to keep me working there. So I was off for 3wks. I took the time to go and be with my father, who later died. there was a part of me that died also,

41 An Employee name Ken Lugo sent in a letter stating I was going to kill the whole Company which was not true. I couldn bear the pressure anymore. Everyone knew who I was mad At. So I resigned. I was to turned inside. All of this was too much for me I resigned on 4-27-01

42 Two week later after I left I was told to get a copy of Gerald Morgans file. Which I hired a lawyer to do As I read his file Some of the things I saw it was unbelievable.

43 ~~His~~ Gerald Morgan has other Sexual related and Harrassment issues while working for the defendants. Before he did what he did to me. There isn't a doubt in my mind that he should have been fired.

44 Here are some of the reports in his file. Mr. Morgan and Palm Tran should be held liable for what he did to me,

James Rogers

Palm Tran
3201 Electronics Wy
West Palm Beach Fl 33407
561 - 841-4231

James Rogers
1518 Palm Beach Lakes Blvd
West Palm Beach Fl 33401
561- 837-9998

**Date Received:** 7/ 9/98

**Name:** ▓▓▓▓▓▓▓

**Date of Occurrence:** 7/ 8/98

**Route #:** 1 s/b

**Time of Occurrence:** 12:40:00 PM

**Block #:** 109?

**Operator Name:** Very lg. b/m over 300lbs

**Phone Complaint:** Yes

| | | | | |
|---|---|---|---|---|
| **Written Complaint:** No | **Other Misc:** No | **Log #** | 434 | |
| **Commendation:** No | **Bus Breakdown:** No | **Pending:** | Yes | |
| **Service Interuption:** No | **Lift related:** No | **Valid:** | No | |
| **Driver:** Yes | **Not calling stops:** No | | | |
| **Service Change:** No | | | | |

**Nature of Complaint:** Bus stopped yesterday to wait for train and while bus was still running driver got out and urinated beside the bus. Also, two weeks ago the same man was driving this route, complaintant was sole passenger on bus. driver engaged him in conversation asking if he was "gay". Passenger stated it really is not your place to ask, but yes I am. Driver then asked passenger to show him his "dick". Passenger immediately requested the driver stop the bus and let him off. Driver refused to let him off immediately and kept him on the bus for awhile longer saying don't go gettin' mad now. Passenger has spoken to atty regarding the drivers actions. Also, to ID driver this bus had mechanical trouble yest. and a backup bus came and they had to get off this bus and cont. the ride on a different bus. Thank You.

Letter was "no returned" no address

**Resolution:** original to BJ

▓▓▓▓▓▓▓▓▓▓

Gle Morgan

MR. MORGAN ADAMENTLY DENIED
THE ACUSATIONS, I TOLD HIM THAT THIS
TYPE OF ACTIVITY WILL NOT BE TOLERATED
AND THAT IF AN INVESTIGATOR EVER SUBSTANSUATE?
THESE ACTIONS IN THE FUTURE, HE COULD BE

434

*Reu 11-1? bd.*

## Complaints/Commendation Report

*Tuesday, November 10, 1998*

**Date Received:** 11/10/98

**Name:** ███████

**Date of Occurrence:** 11/10/98

**Route #:** 1 S/B

**Time of Occurrence:** 8:10:00 AM

**Block #:** 101

**Operator Name:** B/M G. Herqan.

**Phone Complaint:** Yes

*# 9707*

| | | | | | |
|---|---|---|---|---|---|
| **Written Complaint:** | No | **Other Misc:** | No | **Ada related:** | No |
| **Commendation:** | No | **Bus Breakdown:** | No | **Pending:** | No |
| **Service Interuption:** | No | **Lift related:** | No | **Valid:** | No |
| **Driver:** | Yes | **Not calling stops:** | No | | |
| **Service Change:** | No | | | | |

**Nature of Complaint:** RUDE & OBNOXIOUS DRIVER - She & her boyfriend boarded the bus S/B at Blue Heron & Broadway - she's 8 months pregnant - driver immediately started harassing them - they asked for directions & he said in front other passengers that they must be new in town & called them 2 love bugs (Romeo & Juliette) & constantly made fun of them - he took a long break at Quadrille which made them later arriving than necessary - she was very upset & will not ride with this driver again & may not ride Palm Tran if this every happens again - she was in a hurry to catch a cab so could not leave any other info

**Resolution:** original to BJ

███████████████

Operator states that the couple boarded bus & asked him to let them know when he gets to Lake Ave in Lake Worth, they sat in the rear of the bus and were kissing when he arrived @ Lake Ave and he made the statement of 'Romeo & Juliette this is your stop'. No other statement was made.

Personal File

*1.*

# PALM TRAN, INC.
## COMPLAINT LOG.
( To Be Forward to Executive Director's Office When Investigation is Completed )

Date Rec.: _3-3-99_ Time Rec.: _8'00_  Date of Inc.: _3-2-99_ Time of Inc.: _9:40P_ 3-2-99

Name, Address and Telephone Number of Person Making Complaint:

_DOROTHEA  KRESS_
_1145  16TH AVE N   APT 8_
_LAKE WOETH, FL 33460_

Route No: _105_  Bus No: _9606_  Operators Name: _G. MORGAN_

NATURE OF COMPLAINT: ( If by letter, original must be attached )

_ON  3-2-99 THIS  PASSENGER  ALONG WITH OTHERS,_
_WERE  ON  RT 1  NORTHBOUND  AT  9:40 AT_
_WOOLBRENT & FEDERAL  WHEN  HEAVY SET BLACK_
_FEMALE  GOT UP & HUG THE BUS DRIVER 3 TIMES_
_WHILE THE BUS WAS MOVING. WHEN THE LADY GOT up_
_FROM HER SEAT FOR THE 4TH TIME SHE SQUATTED_
_DOWN IN FRONT OF THE FARE BOX & LIFTED HER DRESS_
_FOR HIM  TO LOOK, DRIVER PUT HEAD DOWN TO LOOK_
_WHILE DRIVING & MISS THE TURN AT OVERLOOK._
_THIS PASSENGER & HER FELLOW PASSENGER WERE_
_VERY UPSET BECAUSE OF THE DRIVER'S ACTION_
_& THE POSSIBILITY OF HAVING AN ACCIDENT_

Complaint Received by: _____  Referred to: _R.J BARRERAS_
                                          Date: _3-3-99_

HOW COMPLAINT WAS HANDLED: ( if any letter written, copy must be attached )

_____
_____
_____
_____
_____

Signed: _____ Date: _____

PALM TRAN, INC.

COMPLAINT REPORT

(To Be Forwarded To Executive Director's Office When Investigation Is Completed)

Date Rec. _8-13-97_ Time Rec. _10:04A_ Date of Inc. _____ Time of Inc. _____

Name, Address and Telephone Number of Person Making Complaint:
_DAWNEA DAWKINS  835  BAYBERRY DR, LAKE PARK_
_FL33403  Phone 863-1435_

Route No. _____ Bus No. _____ Operator's Name _C. CORCORAN_

NATURE OF COMPLAINT: (if by letter, original must be attached)

MS DAWKINS SAID THAT ALL MORGAN ASKED HER FOR
ALOSS WHEN THEY WERE AT THE GARDEN'S MALL, HE WAS IN
A PAIR OF SHORTS WHILE ... THE ... DAY AFTER
THE ... P.A. HE SAID TO HER THAT HE WAS RECEIVING
AN EYE ON HER & THAT HE WANTED HER TO ... BUT Y HAVE
SEX. SHE CAUGHT IN THE PHONE FROM HIS BECAUSE HE
TOLD HER THAT HE WAS GETTING ACCOMMODATION TO
ATTEND THE WEDDING. HE HAS CALLED HER FROM HIS CELLULAR,
PAY PHONE & OFFICE PHONE, HE'S BEEN SAYING TO OTHERS
DRIVERS THAT THEY ARE LICENSED TOGETHER WHICH IS NOT
TRUE. THIS IS BEING HAPPENING FOR THE LAST COUPLE

Complaint Received by: _____ Referred to: _____
                                                                      Date: _8-13-97_

HOW COMPLAINT WAS HANDLED: (if any letter written, copy must be attached).
I called her on 8/13/97 at 8:15pm & discussed the issue. I
asked her to call the police & report it & let me know
the case number to me also. CJH

8/14/97  10:40AM  case was filed "harassing phone calls" to
officer Miller at Lake Park Police Dept- 8/13/97 - 848:345?
Case # 97-05785 — I confirmed with Lake Park that
Report was made CJH

Referred to BJ

8/14/97  6:00pm called her back-she's going to PB6 Police on 8/15/9

Signed: _Carol Hefford_  Date: _8/14/97_

Only 8/14/97 305PM
Robert to

On 8-15-97 officer Kimberli of P.B. Gardens P.D. called and needs to talk to Mr. G. Morgan in regards to Dawkins filing a complaint case #97-24845 Phone # 622-2111 She is not filing charges at this time. Officer Kimberli will be calling Mr. Morgan in regards to this incident.

8/15/97 2:35PM - Spoke to G. Morgan and he stated he had already spoke to Lake Park P.D. He and this lady have been dating for the past 3 months and had a disagreement last week. He spent the night to her Monday and left his watch at her house when he called her Wed. evening. It seemed OK then the police called him Thursday. He is going to write up a statement concerning the incident and I told him I would attach it to the complaint. Carol Hoffner was a witness to discussion. I told him if he pursued her and charges were filed against him concerning him on duty he could be terminated.

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE

*(ISSUED ON REQUEST)*

| To: | From: |
|---|---|
| Mr. James Rogers<br>1518 Palm Beach Lakes Blvd..<br>West Palm Beach, Florida 33401<br><br>☐ *On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 C.F.R. 1601.7(a))* | **Miami District Office**<br>**Equal Employment Opportunity Commission**<br>**One Biscayne Tower, Suite 2700**<br>**2 South Biscayne Boulevard**<br>**Miami, Florida 33131-1805** |

| Charge Number<br>150 A1 2475 | EEOC Representative<br>Donn Dernick, Investigator | Telephone Number<br>305-536-5382 or 800-669-4000 |
|---|---|---|

(See the additional information attached to this form.)

## NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act(ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your suit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ More than 180 days have passed since the filing of this charge.

☒ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☐ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required). EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit based on this charge, please send a copy of your court compliant to this office.

On Behalf of the Commission

**JUN 29 2001**

(Date Mailed)

For Federico Costales, District Director

Enclosures
    Information Sheet
    Copy of Charge

cc: **Palm Tran**
    Ms. Donna Grieve, H. R. Mgr.
    3201 Electronic Way
    West Palm Beach, Florida 33407

EEOC Form 161-B (10/96)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | |
| ☐ EEOC | 150 A1 2475 |

| Florida Commission on Human Relations | | and EEOC |
|---|---|---|

State or local Agency, if any

| | S.S. No. | 265-75-484 |

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) | |
|---|---|---|
| Mr. James Rogers | 561/820-1376 | |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|
| 1518 Palm Beach Lakes Blvd, West Palm Beach, Florida 33401 | 11-23-67 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Palm Tran | +15 | 561/841-4200 |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| 3201 Electronic Way, West Palm Beach, Florida 33407 | |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS          CITY, STATE AND ZIP CODE | COUNTY |
|---|---|
| | |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| | EARLIEST (ADEA/EPA)          LATEST (ALL) |

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ AGE
☐ RETALIATION ☐ NATIONAL ORIGIN ☐ DISABILITY ☐ OTHER

042701

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

1) I was sexually harassed. The Respondent failed to take appropriate action after I complained.
I was constructively discharged on April 27, 2001.

2) Ms. Donna Grieve, Human Resources Manager, gave no reason for these actions.

3) I believe that I have been discriminated against because of my Sex/Male in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedure. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
| | _James E. Rogers_ |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |
| Date          Charging Party (Signature) | 5/22/01 |

EEOC FORM 5 (Test 10/94)

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September, 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**01-8858**

## I. (a) PLAINTIFFS

James Rogers

## DEFENDANTS

Palm Tran  **CIV-MOORE**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Palm Beach County
(EXCEPT IN U.S. PLAINTIFF CASES)

AWPB/01-8858-CIV-MOORE/O'Sullivan

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Palm Beach County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED  **MAGISTRATE JUDGE**

**O'SULLIVAN**

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)

Pro Sae Temporaily

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE   DADE,   MONROE,   BROWARD,  (PALM BEACH),   MARTIN,   ST. LUCIE,   INDIAN RIVER,   OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION   (PLACE AN X IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | **PERSONAL PROPERTY** | B☐ 640 R.R. & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | B☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | B☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 791 Empl Ret Inc Security Act | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights  RACE | B☐ 540 Mandamus & Other | | A☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER FR C P 23

**DEMAND $**  2,000,000

CHECK YES only if demanded in complaint
**JURY DEMAND:**  ☒ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY   (See instructions)
JUDGE _____   DOCKET NUMBER _____

DATE   SIGNATURE OF ATTORNEY OF RECORD   James Rogen

**FOR OFFICE USE ONLY**

RECEIPT #  7/5/28   AMOUNT  150.00   APPLYING IFP ___   JUDGE  MOORE   MAG JUDGE  O'Sullivan